IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN WAYNE FELDMANN,

    Plaintiff,

v.

STATE OF CALIFORNIA,
STATE OF WISCONSIN,
BADGER BUS LINES CORPORATION,
DIRECTV and POWERMAX, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-932-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction, as frivolous, and/or for failure to state a claim upon which relief may be granted.

By: _____, Deputy Clerk      1-3-2013
    Peter Oppeneer, Clerk of Court            Date